THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT TISSIER.— Motion to dismiss appeal denied with leave to renew if the appellant do not procure the record on appeal to be filed on or before January 15, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of THE BOARD OF TRANSPORATION OF THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to Certain Lands, etc., at and Near the Intersection of Greenwich Avenue with Eighth Avenue and West Thirteenth Street, etc., for the Purpose of a Rapid Transit Railroad.— Motion to dismiss appeal denied with leave to renew if the appellants do not procure the record on appeal to be filed on or before December 15, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY M. FLATEAU, as Trustee in Bankruptcy, etc., v. FANNY RICHMAN, as Administratrix, etc., of JACOB RICHMAN, Deceased, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 2, 1930. Present —Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELMIRA STEEL COMPANY, INC., v. WICKWIRE SPENCER STEEL COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.